Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: tanya@moorelawfirm.com

Attorney for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MARKS BULLARD INVESTORS, L.P., a California limited partnership, et al.,<br><br>　　　　Defendants. | No. 1:15-cv-00142-KJM-BAM<br><br>**STIPULATION FOR CONTINUANCE OF SETTLEMENT CONFERENCE;  ORDER**<br><br>Current Date:　May 21, 2015<br>Time:　　　　　10:00 a.m.<br>Courtroom:　　8<br>Magistrate Judge Barbara A. McAuliffe |

WHEREAS, a settlement conference in this action is currently set for May 21, 2015 at 10:00 a.m.;

WHEREAS, Plaintiff, Ronald Moore ("Plaintiff"), and Defendants, Marks Bullard Investors, L.P., a California limited partnership, and Angela Foanene dba Coast to Coast Electronics (collectively "Defendants," and together with Plaintiff, "the Parties"), are presently engaging in settlement discussions and are optimistic that the case can be resolved informally;

WHEREAS, the Parties wish to conserve judicial resources by continuing the settlement conference to a later date while they exhaust informal settlement efforts;

THEREFORE, the Parties, through their attorneys of record, hereby stipulate to a continuance of the settlement conference to July 23, 2015 at 10:00 a.m.

| | |
|---|---|
| Dated: May 11, 2015 | MOORE LAW FIRM, P.C. |

                                        */s/ Tanya E. Moore*
                                        Tanya E. Moore
                                        Attorney for Plaintiff,
                                        Ronald Moore

                                        WILD, CARTER & TIPTON

                                        */s/ Patrick J. Gorman*
                                        Patrick J. Gorman
                                        Attorneys for Defendant,
                                        Marks Bullard Investors, L.P., a California limited Partnership

                                        LAW OFFICES OF MELISSA M. BALLARD

                                        */s/ Norine Busser*
                                        Norine Busser
                                        Attorneys for Defendant,
                                        Angela Foanene dba Coast to Coast Electronics

## **ORDER**

The Parties having so stipulated,

IT IS HEREBY ORDERED that the Settlement Conference currently set for May 21, 2015 is continued to July 23, 2015 at 10:00 a.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe.

**IT IS SO ORDERED.**

Dated: **May 12, 2015**    /s/ Barbara A. McAuliffe
                                                        UNITED STATES MAGISTRATE JUDGE